FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 23 AM 9:38

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

ELIJAH NAHUM SIMMONS,

Movant,

v.

UNITED STATES,

Respondent.

Case No. CV611-083
CR610-001

**ORDER**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 23 day of Jan, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA